IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ROBERT JORDON**                                                                              **PLAINTIFF**

v.                                    CASE NO. 4:24-CV-00858-BSM

**MIKE KONADLE,** *et al.*                                                                **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 4th day of December, 2024.

_____
UNITED STATES DISTRICT JUDGE